# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08mj25

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **JAMES ROBIE ANDERS.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned magistrate judge upon the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss is **ALLOWED,** and the above captioned action is **DISMISSED without prejudice.**

Signed: August 19, 2008

Dennis L. Howell
United States Magistrate Judge